# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON J. WHITE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1691 |
| ) | Electronically Filed |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
|     Defendant. ) | |

## ORDER OF COURT

And now, this 2nd day of October, 2008, for the reasons set forth in the foregoing memorandum opinion, it is HEREBY ORDERED as follows:

(1) Plaintiff's motion for summary judgment (Doc. No. 9) is DENIED;

(2) Defendant's motion for summary judgment (Doc. No. 10) is GRANTED; and

(3) The decision of the Commissioner is affirmed pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                                            s/ Arthur J. Schwab
                                                            Arthur J. Schwab
                                                            United States District Judge

cc:    All counsel of record